Pro Se

Steven Wierzba
823 Paloma Ave.
Oakland, California 94610
email: slava@jps.net
Telephone: 510 832-3063

Plaintiff Pro Se

ORIGINAL FILED
09 SEP 21 PM 12:50
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
SEP 23 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Steven Wierzba, | ) |
| Plaintiff, | ) **MOTION TO APPROVE PLAINTIFF FOR** |
| vs. | ) **FILING ELECTRONICALLY** |
| QUALITY LOAN SERVICE, CORP., | ) **CASE no. C 09-03133 JSW** |
| et al., | ) |
| Defendants | ) |

Plaintiff pursuant to the requirements of ECF Registration requests permission to file electronically for case no **09-03133**.

Dated: September 21, 2009                    Respectfully submitted,

                                                                    /s/ Steven Wierzba
IT IS SO ORDERED
/s/ Jeffrey S. White                                        By: Steven Wierzba
Jeffrey S. White, United States District Judge
SEP 2 3 2009
Date

— 1 —

MOTION TO APPROVE PLAINTIFF FOR FILING ELECTRONICALLY   CASE no. C 09-03133 JSW

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

STEVEN WIERZBA,

        Plaintiff,

v.

QUALITY LOAN SERVICE, CORP. et al,

        Defendant.

Case Number: CV09-03133 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 23, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Steven Wierzba
823 Paloma Avenue
Oakland, CA 94610

Dated: September 23, 2009

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk