IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEVEN WIERZBA,

    Plaintiff,

v.

QUALITY LOAN SERVICE, JPMORGAN CHASE BANK and WASHINGTON MUTUAL BANK, FA,

    Defendants.
_____/

No. C 09-03133 JSW

**ORDER SETTING BRIEFING SCHEDULE**

This matter is set for a hearing on March 12, 2010 on Defendant JPMorgan Chase Bank's motion to dismiss the first amended complaint. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than December 17, 2009 and a reply brief shall be filed by no later than December 24, 2009. Failure to oppose the motion may result in **dismissal** of this action.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: December 2, 2009

                                                  JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

STEVEN WIERZBA,

        Plaintiff,

  v.

QUALITY LOAN SERVICE, CORP. et al,

        Defendant.

Case Number: CV09-03133 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 2, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Steven Wierzba
823 Paloma Avenue
Oakland, CA 94610

Dated: December 2, 2009

Richard W. Winking, Clerk
By: Jennifer Ottolini, Deputy Clerk